IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN AGUIAR,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Case Number: 114-cv-262572<br>) 5:14-cv-0262-PSG BLF<br>) (GREWAL, P., M.J.) |
| FACEBOOK INC.,<br>    Defendant. | )<br>)<br>)<br>) |

MOTION TO VOLUNTARILY DISMISS COMPLAINT WITHOUT PREJUDICE

NOW COMES the Plaintiff, pro se, and moves this Court to grant Plaintiff's motion to voluntarily dismiss the complaint in the above entitled matter and asks this Court to deny Defendant's Motion To Dismiss as moot. In support thereof, Plaintiff puts forth the following:

Plaintiff currently has a civil complaint pending in the Middle District of Pennsylvaia dealing with the same facts, case number: 3:13-cv-2616. Plaintiff plans to consolidate the civil actions in the interest of conserving judicial resources and for the convenience of the parties.

WHEREOFF, Plaintiff requests this Court dismiss the his complaint without prjudice and to deny Defendant's Motion to Dismiss as moot.

Signed this 23rd day of June, 2014

Respectfully submitted,

Stephen Aguiar, pro se
P.O. Box 1000
Petersburg, VA   23804

1.

CERTIFICATE OF SERVICE

I, Stephen Aguiar, hereby certify that I sent a copy of the foregoing Motion to Voluntarily Dismiss Complaint Without Prejudice to Defendant's counsel of record Julie E. Swartz at PERKINS COIE LLP, 3150 Porter Drive, Palo Alto, CA  94304-1212 via United States Mail.

Signed and dated this <u>23rd</u> day of June, 2014

Stephen Aguiar
#03722-082
P.O. Box 1000
Petersburg, VA  23804

Stephen Aguiar
03722-082
Federal Correctional Complex
P.O. Box 1000
Petersburg, VA 23804

RICHMOND VA 230
23 JUN 2014 PM 5 L

⇔03722-082⇔
The U S District Court
Att: Court Clerk
280 S 1ST ST
5:14-Cv-02612-Psg
SAN JOSE, CA 95113
United States

9511390559