UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN AGUIAR, | Case No. 5:14-cv-02612-PSG |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARILY DISMISSAL AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| FACEBOOK INC., | |
| Defendant. | **(Re: Docket Nos. 5, 9)** |

The court has two motions before it, both seeking to dismiss this action. On June 13, 2014 Defendant Facebook Inc. filed a motion under Fed. R. Civ. P 12(b)(6) to dismiss the action with prejudice for failure to state a claim.[1] In response, Plaintiff Stephen Aguiar filed his own motion seeking to voluntarily withdraw the action without prejudice to refiling.[2]

Because neither an answer nor a summary judgment motion has been filed, Aguiar may, at any time, file a notice of voluntary dismissal to "automatically terminate[] the action" without prejudice.[3] A motion to dismiss under Rule 12(b)(6) is insufficient to divest Aguiar of this right.[4]

---

[1] *See* Docket No. 5.

[2] *See* Docket No. 9.

[3] *See* Fed. R. Civ. P. 41(a)(1)(A-B) ("[T]he plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for

1
Case No. 5:14-cv-02612-PSG
ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARILY DISMISSAL AND
DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS

United States District Court
For the Northern District of California

No additional order from the court is required to dismiss the action.[5]  With the case dismissed, the court DENIES AS MOOT Facebook's motion to dismiss with prejudice.

**IT IS SO ORDERED**

Dated: July 22, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

summary judgment . . . Unless the notice or stipulation states otherwise, the dismissal is without prejudice."); *see also Swedberg v. Marotzke,* 339 F.3d 1139, 1142 (9th Cir. 2003) (quoting *Hamilton v. Shearson-Lehman Am. Exp., Inc*., 813 F.2d 1532, 1534 (9th Cir. 1987)).

[4] *See id.* at 1146 (holding that a plaintiff retains the right to voluntarily dismiss his case without prejudice after a defendant files a motion to dismiss under Rule 12(b)(6) so long as the court has not taken any action to convert that motion into a motion for summary judgment).

[5] *See id.*

2
Case No. 5:14-cv-02612-PSG
ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARILY DISMISSAL AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS